# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GARMAN GROUP, LLC, *et al.*, | |
| Plaintiffs, | Case No. 2:11-cv-00184-RLH-PAL |
| vs. | **ORDER** |
| UNIVERSITY PIPELINE, INC., *et al.*, | (Mot for Recog of Svc - Dkt. #21) |
| Defendants. | |

The court conducted a hearing on May 12, 2011, on Plaintiffs' Motion for Recognition of Service on University Pipeline, Inc. and Tom Unger, or in the Alternative, Motion to Enlarge Time for Service (Dkt. #21). Kenneth Hogan was present on behalf of the Plaintiffs. Barney Ales was present on behalf of Defendant Tom Unger. The court reviewed the Motion, Defendant Tom Unger's Statement of Non-Opposition to Plaintiffs' Motion for Recognition of Service (Dkt. #23), and heard arguments of counsel. Although counsel for the Plaintiffs believes the corporate Defendant has been appropriately served he requested a 90 day extension in an abundance of caution. For good cause appearing,

**IT IS ORDERED** that:

1. Plaintiff's Motion to Enlarge Time for Service (Dkt. #21) is **GRANTED**.
2. Plaintiffs shall have an additional 90 days from the date of the hearing, or until **August 10, 2011**, in which to serve Defendant University Pipeline, Inc.

Dated this 12th day of May, 2011.

_____
Peggy A. Leen
United States Magistrate Judge